**Order filed March 3, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00029-CV
_____

## JORDAN BALCIUNAS, Appellant

## V.

## HARRIS COUNTY, CONSTABLE MARK HERMAN, SERGEANT JEREMY TALBERT, AND DEPUTY CHRISTOPHER GAINES, Appellees

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-86261**

# O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant had not requested that the reporter's record be prepared. On January 20, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that a request to prepare the

reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.